UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAG ACQUISITION, LLC,<br><br>    Plaintiff,<br><br>        v.<br><br>AMAZON.COM, INC., et al.,<br><br>    Defendants. | CASE NO. C22-1424JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court will hold a telephonic status conference at 11:00 a.m. on October 24, 2022. The Courtroom Deputy will contact the parties with instructions for appearing at the telephonic hearing.

//

//

//

MINUTE ORDER - 1

Filed and entered this 13th day of October, 2022.

        RAVI SUBRAMANIAN
        Clerk of Court

        s/ Ashleigh Drecktrah
        Deputy Clerk